IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LORILLARD TOBACCO COMPANY

and

LORILLARD LICENSING COMPANY, L.L.C.

    Plaintiffs,

v.

WILSON WHOLESALE & DISTRIBUTORS,

and JOHN DOES 1-10,

    Defendants.

Civil Action No. 5:10-cv-480-FL

## ORDER GRANTING PLAINTIFFS' MOTION TO SEAL

Upon due consideration of Plaintiffs' Motion to Seal, and for good cause, this matter shall be SEALED pending a hearing on Plaintiff's Motion for *Ex Parte* Temporary Restraining Order, Seizure Order And Expedited Discovery.

SO ORDERED this 5th day of November, 2010.

_____
United States District Judge