IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LORILLARD TOBACCO COMPANY<br><br>and<br><br>LORILLARD LICENSING COMPANY, L.L.C.<br><br>Plaintiffs,<br><br>v.<br><br>WILSON WHOLESALE & DISTRIBUTORS,<br><br>and JOHN DOES 1-10,<br><br>Defendant. | Civil Action No. 5:10-cv-480-FL |

## STIPULATED ORDER TO EXTEND
## TEMPORARY RESTRAINING ORDER AND CANCEL HEARING

This matter comes before the Court on the joint motion of the parties requesting to extend the Temporary Restraining Order entered on November 5, 2010, and to waive the hearing currently scheduled for November 18, 2010.

The parties have agreed to an extension of the Temporary Restraining Order. Therefore, pursuant to Federal Rule of Civil Procedure 65(b), the Court's Order entered on November 5, 2010, is hereby extended for fourteen (14) days until December 3, 2010.

In accordance with 15 U.S.C. § 1116(d)(10), the parties have also waived the hearing on this matter currently scheduled for November 18, 2010. As such, that hearing is hereby cancelled.

So ordered, this the 17th day of November, 2010.

_____
Hon. Louise W. Flanagan
Chief United States District Judge