IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LORILLARD TOBACCO COMPANY<br><br>and<br><br>LORILLARD LICENSING COMPANY, L.L.C.<br><br>Plaintiffs,<br><br>v.<br><br>WILSON WHOLESALE & DISTRIBUTORS,<br><br>and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 5:10-cv-480-FL |

## ORDER UNSEALING CASE

This matter comes before the Court on motion of Plaintiffs Lorillard Tobacco Company and Lorillard Licensing Company, L.L.C. to unseal this case. Defendant Wilson Wholesale & Distributors has been served, and the circumstances requiring sealing of this case are no longer present. As such, the Clerk of Court is directed to remove the seal and secrecy order in this action.

So ordered, this the 24th day of November, 2010.

Hon. Louise W. Flanagan
Chief United States District Judge